1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney

2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

4   JAMES C. MANN (CABN 221603)
    Assistant United States Attorney

5

6       1301 Clay Street, Suite 340-S
        Oakland, California 94612
        Telephone:  (510) 637-3680

7       Facsimile:  (510) 637-3724
        E-Mail:      James.C.Mann@usdoj.gov

8

9   Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        )   No.  4-09-70510 WDB
                                     )
14            Plaintiff,             )   REVISED STIPULATION AND ORDER
                                     )   CONTINUING PRELIMINARY
15       v.                          )   HEARING OR ARRAIGNMENT DATE
                                     )   AND EXTENDING TIME
16  BRANDON MICHAEL BUCHANAN,        )
                                     )
17            Defendant.             )   OAKLAND VENUE
    _____)

18

19          The parties request and stipulate that the date for the preliminary hearing or arraignment

20  of defendant, Brandon Michael Buchanan, be continued from Thursday, July 2, 2009 to Friday,

21  July 10, 2009 at 10:00 a.m., and that defendant be ordered to be present before this Court at that

22  time.  The parties also request and stipulate that, pursuant to Federal Rule of Criminal Procedure

23  ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be tolled and extended from July 2,

24  2009, to and including July 10, 2009.  The parties agree that –  taking into account the public

25  interest in the prompt disposition of criminal cases – good cause exists for this extension.

26  Defendant also agrees to toll and to exclude for this period of time any time limits applicable

27  under Title 18, United States Code, Section 3161.  Undersigned defense counsel represents that

28  she has spoken with her client, Mr. Buchanan, and that Mr. Buchanan agrees to the continuance

STIP. AND PROP. ORDER RE: PRELIM/ARRAIGNMENT
4-09-70510 WDB

1    and to time being tolled and excluded as requested.

2           In support of this request, the parties note that on June 11, 2009 and June 25, 2009, the

3    government produced discovery to defense counsel.  The government intends to collect

4    additional material from the Contra Costa County Sheriff's Office related to this case and to

5    produce it to defense counsel next week.  Defense counsel needs additional time to review the

6    material produced and to be produced by the government.  Additionally, the grand jury in and for

7    the Northern District of California sitting in Oakland, California is not in session during the

8    week of June 29, 2009.

9    **IT IS SO STIPULATED.**

10

11   DATED:        June 29, 2009                    Respectfully submitted,

12                                                              JOSEPH P. RUSSONIELLO
                                                                United States Attorney
13

14                                                              _____/s/_____
                                                                JAMES C. MANN
15                                                              Assistant U.S. Attorney

16

17   DATED:        June 29, 2009                    _____/s/_____
                                                                DEBORAH G. LEVINE
18                                                              Attorney for Defendant Brandon
                                                                Michael Buchanan
19

20   Good cause appearing therefor, **IT IS SO ORDERED.**

21   DATED:        July 1, 2009                     _____

22                                                              HON. WAYNE D. BRAZIL
                                                                United States Magistrate Judge
23

24

25

26

27

28

STIP. AND PROP. ORDER RE: PRELIM/ARRAIGNMENT
4-09-70510 WDB